JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **SHAWN SIMPSON,** | Case No. CV 15-8965-SVW(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **W.L. MONTGOMERY, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: November 15, 2017

_____
Stephen V. Wilson
United States District Judge